UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCUNE,

        Plaintiff,

    v.

THRIFTY PAYLESS, INC. dba
RITE AID #6058; PETER P.
BOLLINGER INVESTMENT
COMPANY, LLC,

        Defendants.

NO. CIV. S-13-0469 LKK/DAD

O R D E R

/

Plaintiff Michael McCune filed his first amended complaint on April 11, 2013. (ECF No. 6.) It is unclear whether defendant Peter P. Bollinger Investment Company, LLC has been served with a copy of the first amended complaint, as this defendant has yet to make an appearance in this action and no attorney of record is registered with the court's Electronic Case Filing system.

Accordingly, the court orders as follows:

[1]   The status conference set for May 28, 2013 at 2:30 p.m. is VACATED.

////

1

[2] A status conference is SET for August 12, 2013 at 2:30 p.m. Parties are to file status reports fourteen (14) days prior to the status conference.

[3] Plaintiff is DIRECTED to serve defendant Peter P. Bollinger Investment Company, LLC with a copy of this order within seven (7) days of its entry.

IT IS SO ORDERED.

DATED: May 23, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT