LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff

MARC B. KOENIGSBERG, SBN 204265
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: KoenigsbergM@gtlaw.com

Attorneys for Defendant
THRIFTY PAYLESS, INC. dba RITE AID #6058

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br><br>vs.<br><br>THRIFTY PAYLESS, INC. dba RITE AID #6058, et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:13-cv-00469-LKK-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Plaintiff MICHAEL McCUNE and defendant THRIFTY PAYLESS, INC. dba RITE AID #6058, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  December 2, 2013			LAW OFFICES OF LYNN HUBBARD


					 /s/   Lynn Hubbard            /
					LYNN HUBBARD III
					Attorney for Plaintiff


Dated:  December 2, 2013			GREENBERG TRAURIG, LLP


					 /s/   Marc B. Koenigsberg   /
					MARC B. KOENIGSBERG
					Attorney for Defendant THRIFTY PAYLESS, INC. dba RITE AID #6058


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00469-LKK-DAD, is dismissed with prejudice in its entirety.

Dated:  December 12, 2013.


					_____
					LAWRENCE K. KARLTON
					SENIOR JUDGE
					UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal and Order			McCune v. Thrifty Payless, Inc., et al.
							Case No. 2:13-cv-00469-LKK-DAD

Page 2